RONALD WERNING, appellant, v. LELAND HANSEN and JOHN HERMAN, appellees.

No. 51275.

(Reported in 131 N.W.2d 761)

DECEMBER 15, 1964.

REHEARING DENIED MARCH 9, 1965.

John J. Shea and Nicholas E. Lillios, both of Cedar Rapids, for appellant.

John D. Randall, of Cedar Rapids, for appellees.

PER CURIAM—The court being evenly divided the case is Affirmed by Operation of Law.

504

For affirmance: JUSTICES THOMPSON, PETERSON, SNELL and STUART.

For reversal: CHIEF JUSTICE GARFIELD and JUSTICES LARSON, THORNTON and MOORE.

JUSTICE HAYS, not sitting.